**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

ROLAND PARKER, JR.,

    Plaintiff,

v.

JOHN T. WILCHER,

    Defendant.

CIVIL ACTION NO.: 4:18-cv-284

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's January 28, 2019 Report and Recommendation, (doc. 4), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** this action **WITHOUT PREJUDICE** and **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 1st day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA